UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:20-CV-00084-GNS

REBECKA DITSWORTH, individually
and on behalf of similarly situated persons                                    PLAINTIFF

v.

P&Z CAROLINA PIZZA, LLC d/b/a PAPA JOHNS;
CHARLES H. ZOELLERS; and
DANIEL B. PATTERSON                                                             DEFENDANTS

## ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT

This matter is before the Court on Plaintiff's Consent Motion for Preliminary Approval of Class and Collective Action Settlement Agreement (DN 7). Having carefully considered the motion and being fully advised, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** as follows:

1.  The Parties are authorized to send notice of the settlement to the following class, which has been preliminarily certified pursuant to Fed. R. Civ. P. 23 for settlement purposes:

    All persons who worked for Defendants as delivery drivers during the Release Period, which is defined as follows:

    - June 21, 2014, through July 8, 2020, for Kentucky Class Members; and
    - March 1, 2017, through July 8, 2020, for all North Carolina Class Members.

2.  The Settlement Class is conditionally certified as a collective action pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA").

3.  The Parties' settlement of the Kentucky and North Carolina class claims preliminarily appears to be fair, reasonable, and adequate as to members of the class, subject to

any objections that may be raised at the final fairness hearing and final approval of class settlement by this Court.

4.      The Court approves the proposed Notice of Class Action Settlement and proposed Claim Form as set forth as an "Exhibit" to the Agreement.  Each Settlement Class Member shall be given a full opportunity to file a claim, object to, or opt-out of the Settlement Agreement, and to participate at the final approval hearing.

5.      The Court authorizes a third-party Settlement Claims Administrator, as agreed to by the Parties pursuant to the terms of the proposed Agreement, to send initial and reminder notices to all Settlement Class Members containing the Court's approved Notice, Claim Form, and a postage paid return envelope addressed to the Settlement Claims Administrator pursuant to the terms of the Agreement.

6.      The Court approves the proposed schedule and procedure for the final approval of the proposed Agreement and Orders that the final approval hearing will be held at 10:00 a.m. CDT on October 26, 2020, at the U.S. Courthouse, 241 E. Main, Bowling Green, Kentucky.

Greg N. Stivers, Chief Judge
United States District Court

July 8, 2020

cc:     counsel of record