# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| **REBECKA DITSWORTH** : | |
| : | |
| **PLAINTIFF** : | **Civil Action No. 1:20-cv-00084-GNS** |
| v. : | **CHIEF JUDGE GREG N. STIVERS** |
| : | |
| **P & Z CAROLINA PIZZA, LLC,** : | |
| **CHARLES H. ZOELLERS, and** : | |
| **DANIEL B. PATTERSON** : | |
| **DEFENDANTS** : | |
| : | |

## ORDER

A Final Approval Hearing was held, via telephone, on October 26, 2020, with the undersigned presiding. Participating in the call were David O'Brien Suetholz and Joe P. Leniski, Jr. for the Plaintiff, and Craig P. Siegenthaler for the Defendants. These proceedings were digitally recorded via Court ECRO Jessica Mercer on the SEALED record.

**IT IS ORDERED** the parties shall submit to the Court supplemental authority as discussed on the record no later than November 6, 2020.

Greg N. Stivers, Chief Judge
United States District Court

October 26, 2020

Copies to: Counsel of record

BG 0|48